JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGED LABIB KARAS, | CASE NO. ED CV 13-1625-GAF (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| DANIEL PARAMO, WARDEN, | |
| Respondent. | |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: July 21, 2014.

*[signature: Gary Feess]*

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**

C:\Temp\notesD30550\ED13CV01625GAF-J.wpd